UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

| | | |
|---|---|---|
| VIRGINIA CASKIE-JOHNSON, | ) | CHAPTER 7 |
| | ) | CASE NO. 04-28806 EEB |
| | ) | |
| JAMES C. BERGQUIST, | ) | |
| Plaintiff, | ) | |
| | ) | ADVERSARY PROCEEDING |
| v. | ) | NO. 04-2091 EEB |
| | ) | |
| VIRGINIA CASKIE-JOHNSON, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| DUFFORD & BROWN, P.C., | ) | |
| Appellant, | ) | |
| v. | ) | CIVIL ACTION NO. 06-CV-01431-AP |
| | ) | |
| VIRGINIA CASKIE-JOHNSON, | ) | |
| Appellee. | ) | |

**ORDER FOR EXTENSION OF TIME TO FILE DESIGNATION OF RECORD
ON APPEAL AND STATEMENT OF THE ISSUES**

THE COURT having reviewed Appellant's Motion for Extension of Time to File Designation of Record on Appeal and Statement of the Issues, and being fully advised in the premises,

IT IS HEREBY ORDERED that Appellant is granted an extension of time up to and including Monday, August 14, 2006, within which to file its Designation of Record on Appeal and Statement of the Issues.

Dated this 1st day of ~~July, 2006.~~  August, 2006, nunc pro tunc July 28, 2006.

BY THE COURT:

_Elizabeth E. Brown_

_____
United States District Court Judge

{00325683.1}