IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.:  06-cv-01431-AP
In re:
VIRGINIA CASKIE-JOHNSON,

JAMES C. BERGQUIST
Plaintiff,

v.

VIRGINIA CASKIE-JOHNSON,
Defendant,

DUFFORD & BROWN, P.C.,
Appellant,

v.

VIRGINIA CASKIE-JOHNSON,
Appellee.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Appellee's Motion to Allow Designation of Additional Items (doc. #15), filed November 21, 2006, is DENIED with leave to re-file, for failure to comply with D.C.COLO.LCivR 7.1A.  Additionally, the document does not conform to the requirements set forth in the local rules regarding format of pleadings (see D.C.COLO.LCivR 10.1 E and K.)  The court requests that counsel read the local rules prior to additional filings.

---

Dated:  November 22, 2006